UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
Jury Trial

Case Number: 8:13-cv-1962-CEH-AEP

| | |
|---|---|
| **DENISE OCASIO and CARMELO OCASIO,**<br><br>Plaintiffs, | **Plaintiff's Counsel:** Joseph R. Johnson, Jason Joseph Joy, Thomas Wm. Arbon, Brad Bradshaw |
| v. | |
| **C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,**<br><br>Defendants. | **Defense Counsel:** David J. Walz, James Frederick Rogers, Matthew B. Lerner, and Kate Helm |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Melissa Pierson<br>Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | July 6, 2021 | Time:<br><br>Total: | 9:38 AM – 1:38 PM<br>2:04 PM – 2:38 PM<br>4 hours   34 minutes |

### JURY TRIAL – DAY 1 JURY SELECTION ONLY

9:38   Court in session and Counsel identified for the record.
Present for Plaintiff:  Joseph R. Johnson, Jason Joseph Joy, Thomas Wm. Arbon, Brad Bradshaw, and Rebecca Neumann
Seated at Plaintiffs' table:  Denise Ocasio
Present for Defendant:  David J. Walz, James Frederick Rogers, Matthew B. Lerner, and Kate Helm
Seated at Defendants' table:  Jean Patterson

- 2 -

  The Court took up preliminary matters with counsel.

9:56 Court addressed the Jury Panel and *Voir Dire* began

11:15 Panel excused for morning break
   Morning recess

11:37 Court back in session, Panel returned to the courtroom and *Voir Dire* continued

1:14 Panel excused for lunch recess

1:38 Lunch recess

2:04 Court back in session

2:24 Panel returned to the courtroom; Jury selected and sworn

2:27 Court addressed the Jury.

2:31 The Jury was dismissed with instructions to return tomorrow at 12:45 PM to Courtroom 13A.

  The Court took up matters with counsel. Counsel are to report tomorrow at 12:15 PM to Courtroom 13A. Deposition designations will be conducted via zoom at 10:00AM.

**2:38** **Court adjourned.**