# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DENISE OCASIO and CARMELO OCASIO,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　Case No: 8:13-cv-1962-CEH-AEP

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

## ORDER

This matter comes before the Court on the Plaintiffs' oral motion for Denise Ocasio to bring a cellular telephone into the Courthouse during the trial of the above captioned cause. Upon consideration, it is hereby

**ORDERED**

Plaintiffs' oral motion is **GRANTED**. Denise Ocasio has permission to bring a cellular telephone into the Sam M. Gibbons Federal Courthouse for the duration of the trial, which commences July 6, 2021.

**DONE** and **ORDERED** in Tampa, Florida on July 6, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Court Security, Main Entrance