UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE OCASIO and CARMELO OCASIO,

    Plaintiffs,

v.                                                  Case No: 8:13-cv-1962-CEH-AEP

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.
_____/

## SECOND AMENDED ORDER

This matter comes before the Court on Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Unopposed Motion for Entry of Order Permitting Certain Individuals to Bring Electronic Devices into the Courthouse During Trial (Doc. 363). In the Motion, Defendants request permission to bring electronic devices into the courthouse to adequately present their causes of action during the trial of this matter.

Accordingly, it is **ORDERED** as follows:

1) Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Unopposed Motion for Entry of Order Permitting Certain Individuals to Bring Electronic Devices into the Courthouse During Trial (Doc. 363) is **GRANTED in part and DENIED in part**.

2) Pursuant to the Middle District's Electronic Device Policy, General Order 6:13-mc- 94-Orl-22, attorneys permitted to practice law in the

    Middle District are permitted to bring any personal electronic device beyond the courthouse's security checkpoint by presenting a valid Florida Bar identification card. Therefore, counsel for the parties may bring personal electronic devices such as cellular telephones and laptop computers into the courthouse.

3) Counsel for Defendants, David Walz, Matthew Lerner, Elizabeth Helm, James Rogers, and Joseph Fornadel, may each bring one cellular telephone and one laptop computer, including adapters and accessories, into the courtroom during the trial of this case. The cellular telephone shall be on vibrate or silent mode. Counsel for Defendants may also bring a MIFI device into the Courthouse for the duration of the trial.

4) Additionally, the following individuals may bring one cellular telephone and one laptop computer, including adapters and accessories, into the courtroom during the trial of this case: Jean Patterson, Lana Morrison, Darren Winward, George Inmon, and Scott Aaron. The cellular telephone shall be on vibrate or silent mode. Defendants' trial technicians, Darren Winward, George Inmon and Scott Aaron, may bring into the courthouse any other equipment needed to connect to the court's presentation equipment.

5) The above-identified individuals may also bring these electronic devices into the courthouse on July 2, 2021 to test the compatibility of their electronic equipment with that in the courtroom.

6)       This order shall stand in full force and effect for the duration of the trial, which commences July 6, 2021.

**DONE AND ORDERED** in Tampa, Florida on July 6, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record
Court Security, Main Entrance