# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DENISE OCASIO and CARMELO OCASIO,

    Plaintiffs,

v.                                              Case No: 8:13-cv-1962-CEH-AEP

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

_____

## ORDER

This matter comes before the Court on the Defendants' oral motion for their client representatives, Christa Haskins and Jim Moore, to bring cellular telephones and laptops into the Courthouse during the trial of the above captioned cause. Upon consideration, it is hereby

**ORDERED**

Defendants' oral motion is **GRANTED**. Christa Haskins and Jim Moore have permission to each bring a cellular telephone and a laptop into the Sam M. Gibbons Federal Courthouse beginning July 12, 2021, through the duration of the trial.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Court Security, Main Entrance