UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE OCASIO and CARMELO OCASIO,

    Plaintiffs,

v.                                  Case No: 8:13-cv-1962-CEH-AEP

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.
_____/

## ORDER

On July 9, 2021, this matter came to be heard before the Court on the Plaintiffs' unopposed oral motion for Diego Ocasio to bring a cellular telephone and headphones into the Courthouse during the trial of the above captioned cause. Upon consideration, it is hereby

ORDERED:

1. Plaintiffs' Oral Motion for Diego Ocasio to bring a cellular telephone and headphones into the Courthouse during the trial is GRANTED.

2. Diego Ocasio, by and through his natural parents and guardians, Carmelo Ocasio and/or Denise Ocasio, has permission to bring a cellular telephone and headphones into the Sam M. Gibbons Federal Courthouse for the duration of the trial, which commenced July 6, 2021.

- 2 -

**DONE AND ORDERED** in Tampa, Florida on July 12, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record
Court Security, Main Entrance