# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
Jury Trial

**Case Number: 8:13-cv-1962-CEH-AEP**

---

| | |
|---|---|
| **DENISE OCASIO and CARMELO OCASIO,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,** <br><br> **Defendants.** | **Plaintiff's Counsel:** Joseph R. Johnson, Jason Joseph Joy, Thomas Wm. Arbon, Brad Bradshaw <br><br><br><br> **Defense Counsel:** David J. Walz, James Frederick Rogers, Matthew B. Lerner, and Kate Helm |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | July 16, 2021 | Time: <br><br><br> Total: | 8:50 AM – 12:19 PM <br> 1:19 PM – 2:58 PM <br> 4: 37 PM – 6:10 PM <br> 6 hours   41 minutes |

## JURY TRIAL – DAY 9

8:50    Court in session and Counsel identified for the record.
Present for Plaintiff:  Joseph R. Johnson, Jason Joseph Joy, Thomas Wm. Arbon, Brad Bradshaw, and Rebecca Neumann
Seated at Plaintiffs' table:  Denise Ocasio
Present for Defendant:  David J. Walz, James Frederick Rogers, Matthew B. Lerner, and Kate Helm
Seated at Defendants' table:  Jean Patterson

The Court took up preliminary matters with counsel, including depositions designations.

Defense moved into evidence the following Exhibits: Exhibit EL, Exhibit HK, Exhibit OQ, Exhibit DK, Exhibit FF, Exhibit FG

*Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Rule 50(A) Motion for Judgment as a Matter of Law and Memorandum of Law In Support* (Doc. 408) is GRANTED in part and DENIED in part, for the reasons stated on the record.

9:46    Jurors called into the courtroom and the proceedings continued in their presence
**Defense Witness #9:**   Chad Modra, sworn
Direct examination by Matthew R. Lerner

11:04    Jurors excused for morning recess
Morning recess

11:14    Court back in session

11:17    Jurors recalled into the courtroom
Cross examination by Joseph R. Johnson
Redirect examination Matthew R. Lerner
Witness excused

12:17    Jurors excused for lunch recess
12:19    Lunch recess

1:19    Court back in session

1:23    Jurors recalled into the courtroom
**Defense Witness #10**:   John DeFord, via video deposition

**2:13    DEFENSE REST**

2:15    Testimony concluded for the day. The Jury was dismissed with instructions to return at 10:00 AM Monday morning.

*Defendants' Renewed Oral Motion for Judgment as a Matter of Law Pursuant to Rule 50* is DENIED, for the reasons stated on the record.

*Plaintiffs' Rule 50(a) Motion for Directed Verdict on Bard's Medical Malpractice Defense* (Doc. 436) is taken under advisement, for the reasons stated on the record.

2:58   Court recess

4:37   Court back in session
       The Court conducted a charge conference.  Counsel and all parties are to report at 8:30 AM on Monday.

**6:10   Court adjourned.**